HOWARD R. MELAMED, SB #40962
Attorney at Law
319 Lennon Lane
Walnut Creek, CA 94598
Email: hmelamed@gmail.com
Telephone: (925) 932-0417
Fax: (925) 256-9542

Attorney for Defendant,
ALEX VILLASENOR

RECEIVED AUG 1 0 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

FILED AUG 1 2 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADA VITTALY, et al.,<br><br>Defendants. | Case No. C-04-3186 MHP<br><br>ORDER CONTINUING STATUS CONFERENCE |

Pursuant to the agreement of the parties, the status conference now scheduled for August 15, 2005 is continued to September 15, 2005 at 2:00 pm to coincide with the United States' Motion for Substitution.

August 11, 2005

_____
Marilyn H. Patel
U.S. District Court Judge