KEVIN V. RYAN (CSBN 118321)
United States Attorney
JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division
THOMAS MOORE (ASBN 4305-T78O)
Assistant United States Attorney
　10th Floor Federal Building
　450 Golden Gate Avenue, Box 36055
　San Francisco, California 94102
　Telephone: (415) 436-6935

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>ADA VITTALY, et al.<br><br>　　　　Defendants. | Case No. C-04-3186-MHP<br><br>REQUEST TO CONTINUE AND<br>STATUS CONFERENCE STATEMENT<br><br>TIME: November 17, 2005<br>DATE: 3:00 p.m.<br>PLACE: Courtroom 15, 18th Floor |

　　　Plaintiff United States of defendant Alex Villasenor submit this Status Conference Statement pursuant to Court order.

　　　1.　**PROCEEDINGS SINCE SEPTEMBER 19, 2005, CASE MANAGEMENT CONFERENCE**

　　　Since the September 19, 2005, Case Management Conference, the United States has completed its anticipated discovery.

　　　Defendant Alex Villasenor has scheduled for December 7, 2005, the depositions of two IRS employees. The first IRS employee was assigned to determine the taxpayer's tax liabilities and the second employee was assigned to consider the taxpayer's settlement offer.

///
///
///
///

2. **FURTHER ANTICIPATED PROCEEDINGS**

The United States anticipates that it will file a motion for summary judgment after discovery is completed.

3. **REQUEST TO CONTINUE STATUS CONFERENCE**

The November 17, 2005 status conference should be continued to December 12, 2005 at 3:00 p.m. for the reason that the parties' first round of discovery will be complete by that date and the parties will be in a better position to info the Court of what additional discovery, if any, will be necessary before the trial and summary judgment motions dates should be scheduled.

KEVIN V. RYAN
United States Attorney

_/s/ Howard Melamed_
HOWARD R. MELAMED
Attorney for Defendant
Alex Villasenor

_/s/_
THOMAS MOORE
Assistant United States Attorney
Tax Division
Attorneys for Plaintiff

IT IS ORDERED that the Status Conference in this matter be continued to 3:00 p.m. on December 12, 2005.

Dated: 11/14/2005

[Signature: Judge Marilyn H. Patel, United States District Court, Northern District of California]