| | |
|---|---|
| 1 | KEVIN V. RYAN  (CSB No. 118321) <br> United States Attorney |
| 2 | JAY R. WEILL  (CSB No. 75434) <br> Assistant United States Attorney |
| 3 | Chief, Tax Division <br> THOMAS MOORE  (ASB No. 4305-T78O) |
| 4 | Assistant United States Attorney <br>   10th Floor Federal Building |
| 5 |   450 Golden Gate Avenue, Box 36055 <br>   San Francisco, California  94102 |

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|         Plaintiff, | ) | No. C-04-3186-MHP |
|     v. | ) | |
| ADA M. VITTALY, et al. | ) | **STIPULATION** <br> **AND ORDER THEREON** |
|         Respondent. | ) | |

It is hereby stipulated by and between plaintiff United States of America and defendant Alex Villasenor, through their respective counsel, that Alex Villasenor dismissed with prejudiced from the above-captioned action by the United States of America against the Estate of Ada Vittaly and Alex Villasenor.  Alex Villasenor and the United States to bear their respective costs, including any possible attorneys' fees or other expenses of litigation as relates to the dispute between them.

                                                                                KEVIN V. RYAN
                                                                                United States Attorney


/s/ Howard Melamed                                          Thomas Moore
HOWARD MELAMED                                          THOMAS MOORE
  Attorney for Defendant                                      Assistant United States Attorney
  Alex Villasenor


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: May 15, 2006

                                                                                MARILYN H. PATEL
                                                                                UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*